ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar 11310
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel: (702) 948-8565
Fax: (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com
*Attorneys for Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-24CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-24CB*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-24CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-24CB, a national bank, <br><br> Plaintiff, <br><br> vs. <br><br> LAS CASITAS TOWNHOUSE OWNERS ASSOCIATION, INC., a Nevada corporation; SFR INVESTMENTS POOL 1, LLC, a Nevada corporation, <br><br> Defendants. | **CASE NO.: 2:17-CV-02050-MMD-CWH** <br><br> **STIPULATION AND ORDER FOR COST BOND** |

Plaintiff The Bank Of New York Mellon fka The Bank Of New York, As Trustee For The Certificateholders Of CWALT, Inc., Alternative Loan Trust 2006-24CB, Mortgage Pass-Through Certificates, Series 2006-24CB ("BNYM"), Defendant La Casitas Townhouse Owners Association ("HOA"), and Defendant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), hereby stipulate and agree as follows:

1. Pursuant to NRS 18.130(1) and the request for cost bond filed by SFR Investments Pool 1, LLC as ECF No. 9, BNYM shall deposit with the Clerk of the Court a cost bond in the amount of $500.00 within seven (7) calendar days of entry of this Order.

2. Once the cost bond is posted, SFR will file their responsive pleading within twenty-one (21) days.

DATED this __22nd__ day of November, 2017.

**Zieve, Brodnax & Steele, LLP**

_/s/J. Stephen Dolembo, Esq._____
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
Zieve, Brodnax & Steele, LLP
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada  89169-0952
*Attorney for Plaintiff, The Bank Of New York Mellon fka The Bank Of New York, As Trustee For The Certificateholders Of CWALT, Inc., Alternative Loan Trust 2006-24CB, Mortgage Pass-Through Certificates, Series 2006-24CB*

**Kim Gilbert Ebron**

_/s/Jason Martinez, Esq._____
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
Jason G. Martinez, Esq.
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139-5974
*Attorney for Defendant,
SFR Investments Pool 1, LLC*

**Leach Johnson Song & Gruchow**

__/s/Chase Pittsenbarger_____
Sean L. Anderson
Timothy C. Pittsenbarger
Leach Johnson Song & Gruchow
8945 W. Russell Road, Ste. 330
Las Vegas, NV 891148
*Attorney for Defendant, Las Casitas Townhouse Owners Association, Inc.*

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
DATED: November 27, 2017

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP; that service of the foregoing **STIPULATION AND ORDER FOR COST BOND** was made on the ___22nd_____ day of November, 2017, by electronic service, addressed as follows:

Sean L. Anderson
Timothy C. Pittsenbarger
Leach Johnson Song & Gruchow
8945 W. Russell Road, Ste. 330
Las Vegas, NV 891148
cpittsenbarger@leachjohnson.com
sanderson@leachjohnson.com
*Attorney for Defendant, Las Casitas Townhouse Owners Association, Inc.*

Diana S. Ebron
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
diana@kgelegal.com
jason@kgelegal.com
*Attorney for Defendant, SFR Investments Pool 1, LLC*

          ___/s/Sara Aslinger_____
          An employee of ZIEVE, BRODNAX & STEELE, LLP